## FINCH v. THE STATE.

EVANS, J. The conviction of the accused under the Penal Code, § 396, was warranted, if not demanded, the evidence disclosing that, without any provocation and wholly without excuse, he used vulgar and obscene language in the presence of a female.

*Judgment affirmed. All the Justices concur.*

Submitted December 18, 1905.—Decided January 12, 1906.

Accusation of misdemeanor. Before Judge Davis. City court of Lexington. November 11, 1905.

*Callaway & Watson,* for plaintiff in error.

*Hamilton McWhorter Jr., solicitor,* contra.

---

## TRUITT v. THE STATE.

EVANS, J. 1. A complaint that a sentence is excessive can not properly be made a ground of a motion for a new trial. *Bellinger* v. *State,* 116 Ga. 545; *McCollum* v. *State,* 119 Ga. 308.

2. The evidence supported the verdict, and the trial judge did not abuse his discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

124 657
Case 2
124 790

Submitted December 19, 1905.—Decided January 12, 1906.

Indictment for burglary. Before Judge Roan. Fulton superior court. November 19, 1905.

*Moore & Moore,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.

---

## RANDALL v. THE STATE.

LUMPKIN, J. The charge of the court fully and fairly submitted to the jury the issues in the case. If more specific instructions were desired in reference to special points, requests therefor should have been duly made. The verdict was amply supported by the evidence.

*Judgment affirmed. All the Justices concur.*

Argued December 19, 1905.—Decided January 12, 1906.

Indictment for larceny from house. Before Judge Rawlings. Washington superior court. November 4, 1905.

*W. E. Armistead,* for plaintiff in error.

*Alfred Herrington, solicitor-general,* and *Evans & Evans,* contra.